UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

TEGRIN D. SHELLEY,

Plaintiff,

v.

NDOC, et al.,

Defendants.

Case No. 3:26-cv-00038-ART-CSD

ORDER

On August 25, 2026, the Court gave Plaintiff thirty (30) days from the entry date of the screening order to file an amended complaint. (ECF No. 12 at 8.) Approximately three weeks later, Plaintiff filed a motion seeking an additional thirty (30) days to file an amended complaint because his appointments to visit the law library have been cancelled. (ECF No. 14 at 1.)

For good cause shown, the Court grants Plaintiff's motion (ECF No. 14) for an extension. He shall file the amended complaint by **October 22, 2026**. If Plaintiff fails to file an amended complaint by that deadline, the Court will dismiss this action without prejudice for failure to state a claim.

DATED: September 22, 2026

UNITED STATES MAGISTRATE JUDGE